JOHN M. WOLFE
5450 Trabuco Road
Irvine, California 92620
(949) 476-2696
(949) 476-0106

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| IN RE )<br>MICHAEL REARDON )<br>)<br>)<br>)<br>)<br>)<br>)<br>Debtor(s).       )<br>_____) | CASE NO. 8:08-BK-13167 RK<br>CHAPTER 7<br><br>REPORT OF TRUSTEE<br>IN DISMISSED CASE<br><br><br>[No Hearing Required] |

   The undersigned, duly appointed Chapter 7 Trustee of the estate of the above named debtors, reports that he has neither received any property nor paid any money on account of this estate.

   WHEREFORE, he requests that this Report be approved and that he be discharged from office.

Dated: 1/7/09                                            /S/John M. Wolfe, Chapter 7 Trustee

APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT AND
THE SAID FILE IS HEREBY CLOSED

Dated:                                                   _____
                                                         Clerk of the Court